JAMES MCKIERNAN, ESQ., #55913
JOHN HAYES, ESQ., #144189
JAMES MCKIERNAN LAWYERS
755 Santa Rosa Street, Suite 200
San Luis Obispo, CA 93401
(805) 541-5411 - ☎
(805) 544-8329 - FAX

Attorneys for Plaintiff.
Jacky Blair

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jacky Blair<br><br>Plaintiffs,<br><br>vs.<br><br>Whirlpool Corporation; Home Depot U.S.A., Inc., a Delaware Corporation<br><br>Defendants. | CASE NO. : 2:19-cv-00613 FMO-SS<br><br>[PROPOSED] ORDER RE STIPULATION TO REMAND AND CAP DAMAGES<br><br>[Stipulation Filed Concurrently] |

GOOD CAUSE APPEARING THEREFORE, the Court orders as follows:

1. This Matter shall be immediately remanded to the Santa Barbara Superior Court – Cook Division, Case No. 18CV-05423, where the parties to the Stipulation have agreed that Plaintiff JACKY BLAIR will not recover more than $74,999.00.

2. All pending deadlines and hearings in this Court are vacated.

IT IS SO ORDERED.

DATED: ___March 8___, 2019            /s/ Fernando M. Olguin
                                      JUDGE OF THE DISTRICT COURT

[Proposed] Order RE Stipulation to Remand and Cap Damages

- 1 -